AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | **─ FILED ─** |
| CHARLES TAYLOR | ) | Case No. 2:18CR37    SEP 25 2018 |
| | ) | |
| _____ | ) | ROBERT N. TRGOVICH, Clerk |
| *Defendant* | ) | U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | UNITED STATES DISTRICT COURT<br>5400 FEDERAL PLAZA<br>HAMMOND, IN 46320 | Courtroom No.: | Magistrate Judge Martin |
|---|---|---|---|
| | | Date and Time: | 10/18/2018 2:00 pm |

This offense is briefly described as follows:

21:846 CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE, METHOXYACETYLFENTANYL, AND HEROIN, A SCHEDULE I CONTROLLED SUBSTANCE

Date:   09/20/2018

s/Robert N. Trgovich (nal)
*Issuing officer's signature*

Robert N. Trgovich, Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

Faxed to 219-525-1000 Attorney of Record

☒ Executed and returned this summons   ☐ Returned this summons unexecuted

Date:   9/25/18

*Server's signature*

DUSM Kenneth Huvsman
*Printed name and title*